VOLGAS, Respondent, v. ROCKLAND LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Kate Volgas, as administratrix, etc., of John Volgas, deceased, against the Rockland Light, Heat & Power Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the wire had not been in its position for a sufficient time to give actual or constructive notice of its pres-

ence, and the defendant had no actual notice thereof.

HIRSCHBERG, P. J., dissents.

